# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AARON GRIESS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **7:03CV5028** |
| **TOM BLANCHARD and CAROL** | ) | |
| **HOLT, d/b/a COUNCIL OF** | ) | **ORDER OF DISMISSAL** |
| **MOTORSPORTS CLUBS–ROCKY** | ) | |
| **MOUNTAIN REGION, INC., and** | ) | |
| **MICHAEL J. BAURES,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on the plaintiff's MOTION TO DISMISS WITH PREJUDICE (#44). Being fully advised in the premises, the court finds that dismissal is appropriate. Pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED:**

1. The MOTION TO DISMISS WITH PREJUDICE (#44) is granted.

2. This case is dismissed with prejudice as to each and every claim.

3. Each party shall pay its own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED December 2, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**